■ ERIC PRIVETTE, Appellant, v PRECISION ELEVATOR, Appellant, and 260-261 MADISON AVENUE, LLC et al., Respondents, et al., Defendants. (And Third-Party Actions.) [34 NYS3d 39]—

Order, Supreme Court, Bronx County (Sharon A.M. Aarons, J.), entered March 20, 2015, which granted defendants 260-261 Madison Avenue LLC, 260/261 Madison Equities Corp., the Sapir Organization and Sapir Realty Management's motion for summary judgment dismissing the complaint as against them, unanimously modified, on the law, to deny the motion as to the Sapir Organization, and otherwise affirmed, without costs.

Plaintiff alleges that he was injured in an elevator located in a building at 261 Madison Avenue in Manhattan and maintained by defendant Precision Elevator. At the time, plaintiff was employed by the building's managing agent, defendant Sapir Realty Management, formerly known as Zar Realty Management. The record demonstrates that Zar Realty and the building owner, defendant 260-261 Madison Avenue, LLC, functioned as one company; thus, as plaintiff's employers, both are entitled to the benefits of Workers' Compensation Law § 11 (*see Clifford v Plaza Hous. Dev. Fund Co., Inc.*, 105 AD3d 609 [1st Dept 2013]; *Ramnarine v Memorial Ctr. for Cancer & Allied Diseases*, 281 AD2d 218 [1st Dept 2001]).

Defendant 260/261 Madison Equities Corp., the former owner, cannot be held liable for any alleged dangerous condition on the premises since it conveyed the property more than three months before plaintiff's accident, thus giving the new owner, 260-261 Madison Avenue, a reasonable time to discover and/or cure any such alleged condition (*see Bittrolff v Ho's Dev. Corp.*, 77 NY2d 896 [1991]; *Armstrong v Ogden Allied Facility Mgt. Corp.*, 281 AD2d 317 [1st Dept 2001]).

In opposition to defendants' prima facie showing that there is no such entity as "The Sapir Organization," plaintiff raised an issue of fact via statements made in other cases involving that entity (*see e.g. GSO RE Onshore LLC v Sapir*, 29 Misc 3d 1234[A], 2010 NY Slip Op 52138[U] [Sup Ct, NY County 2010] [affidavit by Alex Sapir stating that he is the president of the Sapir Organization, and his father, Tamir Sapir, is the chairman]). Concur—Tom, J.P., Friedman, Richter, Kapnick and Gesmer, JJ.